[No. 37110-3-II.  Division Two.  July 14, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH MILES HUNTER, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 00-1-00354-6, Thomas Felnagle, J., entered December 7, 2007. *Reversed* and *remanded* by unpublished opinion per Van Deren, C.J., concurred in by Quinn-Brintnall and Penoyar, JJ. Now published at 152 Wn. App. 30.

[No. 37306-8-II.  Division Two.  July 14, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. RODNEY KEITH WARNER, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 07-1-00685-8, Stephen M. Warning, J., entered January 23, 2008. *Reversed* and *remanded* by unpublished. opinion per Van Deren, C.J., concurred in by Bridgewater and Penoyar, JJ.

[No. 37356-4-II.  Division Two.  July 14, 2009.]

JOHN HUBER ET AL., *Appellants*, v. ANN C. SOUTHARD ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 06-2-00873-8, Dave Edwards, J., entered January 14, 2008. *Reversed* and *remanded* by unpublished opinion per Van Deren, C.J., concurred in by Quinn-Brintnall and Penoyar, JJ.

[No. 37945-7-II.  Division Two.  July 14, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES DENNIS HAWKINS, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 86-1-00213-2, Stephen M. Warning, J. Pro Tem., entered May 29, 2008. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Penoyar, A.C.J., and Quinn-Brintnall, J.